UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANDRE EDWARDS,<br><br>　　　　　　　　　　　　Defendant. | Case No. 2:07-cr-00002-KJD-PAL<br><br>**<u>CLARIFICATION ORDER</u>** |

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#11) on 5/11/2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

**Name of Payee:**　　　NEVADA STATE BANK

　　　　　　　　　　　　PO BOX 990

　　　　　　　　　　　　LAS VEGAS, NV 89125

**Amount of Restitution**: $2,200.00

**Total Amount of Restitution ordered: $2,200.00**

The Restitution amount of $2,200.00 does not include any payments receipted by the Court.

Dated this 16th day of June 2023.

_____
Kent J. Dawson
United States District Judge